ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ALAN KOEHL,<br><br>Defendant. | CASE NO.  2:26-mj-00011-AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME; ORDER<br><br>DATE: February 17, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney DHRUV M. SHARMA, and defendant JEFFREY ALAN KOEHL, both individually and by and through his counsel of record, MEGAN HOPKINS, hereby stipulate as follows:

1.      The Complaint in this case was filed on January 29, 2026, defendant was arrested on January 30, 2026, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on February 2, 2026. The court set a preliminary hearing date of February 17, 2026.

2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to March 30, 2026, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case, taking into account the exercise of due diligence.  The parties further agree that the interests of justice

STIPULATION; FINDINGS AND ORDER

1

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between the date of this agreement, February 4, 2026, and March 30, 2026, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  February 4, 2026                    ERIC GRANT
                                            United States Attorney


                                            /s/ DHRUV M. SHARMA
                                            DHRUV M. SHARMA
                                            Assistant United States Attorney


Dated:  February 4, 2026                    /s/ Megan Hopkins (as
                                            authorized on February 4, 2026
                                            MEGAN HOPKINS
                                            Counsel for Defendant
                                            JEFFREY ALAN KOEHL

ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY ALAN KOEHL, <br><br> Defendant. | CASE NO. 2:26-mj-00011-AC <br><br> [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME <br><br> DATE: February 17, 2026 <br> TIME: 2:00 p.m. <br> COURT: Hon. Jeremy D. Peterson |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 4, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

STIPULATION; FINDINGS AND ORDER

3

1.      The date of the preliminary hearing is extended to March 30, 2026, at 2:00 p.m.

2.      The time between February 4, 2026, and March 30, 2026, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.


Dated:    February 4, 2026

The Honorable CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

STIPULATION; FINDINGS AND ORDER

4