ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ALAN KOEHL,<br><br>Defendant. | CASE NO.  2:26-mj-00011-AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: March 30, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Dhruv M. Sharma, and defendant JEFFREY ALAN KOEHL, both individually and by and through his counsel of record, MEGAN HOPKINS, hereby stipulate as follows:

1.      The Complaint in this case was filed on January 29, 2026, defendant was arrested on January 30, 2026, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on February 2, 2026. (ECF Nos. 1, 6). The court set a preliminary hearing date of February 17, 2026. That date was continued by stipulation to March 30, 2026, and time was excluded through that date for Speedy Trial Act purposes pursuant to Local Code T4. (ECF No. 11).

2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to April 27, 2026, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the extension is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case,

STIPULATION; FINDINGS AND ORDER

1

taking into account the exercise of due diligence.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between March 30, 2026, and April 27, 2026, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  March 18, 2026                                ERIC GRANT
                                                     United States Attorney


                                                     /s/ Dhruv M. Sharma
                                                     Dhruv M. Sharma
                                                     Assistant United States Attorney


Dated:  March 18, 2026                               /s/ *Megan Hopkins (as
                                                     authorized on March 17, 2026)*
                                                     MEGAN HOPKINS
                                                     Counsel for Defendant
                                                     JEFFREY ALAN KOEHL

STIPULATION;  FINDINGS AND ORDER

2

ERIC GRANT
United States Attorney
Dhruv M. Sharma
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-mj-00011-AC |
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| JEFFREY ALAN KOEHL, | DATE: March 30, 2026 TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Carolyn K. Delaney |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

STIPULATION; FINDINGS AND ORDER

3

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to April 27, 2026, at 2:00 p.m.

2.      The time between March 30, 2026, and April 27, 2026, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  March 18, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION;  FINDINGS AND ORDER

4