IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEFFREY ALAN KOEHL,

Defendant.

Case №:2:26-mj-00011-AC

**O R D E R**
**WITHDRAWING THE FEDERAL**
**DEFENDER**
**AND APPOINTING CJA COUNSEL**

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*US v. Koehl*                    1          Order Withdrawing the Federal
Defender and Appointing CJA Counsel